IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IGNACIO MARTINEZ, SR. and
CHARLOTTE MARTINEZ,

    Plaintiffs,

v.                                                                          CIV 14-0041 WJ/KBM

PAUL MARES, ROBERT GONZALES,
BLAIR JACKSON, in their individual capacities, and
THE CITY OF RATON,

    Defendants.

# ORDER FOLLOWING TELEPHONIC CONFERENCE

**THIS MATTER** came before the Court at a Telephonic Status Conference on May 6, 2014. The Court heard argument of counsel as to discovery requests made by Plaintiffs pursuant to the Court's April 28, 2014 Stipulated Order Allowing Plaintiffs to Undertake Discovery Limited to Issues Raised in Defendants' Motion for Summary Judgment on the Grounds of Qualified Immunity.

**IT IS HEREBY ORDERED** that Defendants provide as soon as possible to the Court, for *in camera* inspection, all police documents produced as a result of encounters between any of the named individual defendants and Ignacio Martinez, Sr. or Ignacio Martinez, Jr. prior to the subject detention of Plaintiffs.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE